# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **JAHONGIR AHADOVICH MAHMUDOV** | **DOCKET NO. 6:26-cv-0552**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MERRICK B. GARLAND, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [ECF No. 6], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that the petition [ECF No. 5] be DENIED and DISMISSED WITHOUT PREJUDICE and all pending motions are DENIED as MOOT.

THUS DONE in Chambers this 7th day of May, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE